THE STATE OF OHIO, APPELLANT, *v.* KIRKMAN, APPELLEE.

[Cite as *State v. Kirkman* (1998), 84 Ohio St.3d 16.]

(No. 98–687—Submitted October 13, 1998—Decided November 25, 1998.)

*Jim Slagle,* Marion County Prosecuting Attorney, for appellant.

The judgment of the court of appeals is reversed, and the trial court's finding that Donald Kirkman is a sexual predator is reinstated on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.